UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID MOLNER,

                Plaintiff,          20 Civ. 8760 (LGS)

      -against-                 **ORDER**

REED SMITH LLP et al.,

                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, On October 20, 2020, Defendants removed this case from the Supreme Court, County of New York and requested transfer of this case to the bankruptcy judges for this district (Dkt. No. 1) pursuant to Standing Order M-431 and 28 U.S.C. § 157(a).  It is hereby

**ORDERED** that by **November 3, 2020**, Plaintiff shall file a letter response to Defendants' request to transfer this case to the bankruptcy judges for this district.  It is further

**ORDERED** that by **October 28, 2020**, Defendants shall serve a copy of this Order on Plaintiff and file proof of service.

Dated: October 27, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE